

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00346-CR

Jassen **BARNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9420
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 10, 2014.

Sandee Bryan Marion, Justice